AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name. first. middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis. III. Thomas S. | U.S. District Court, E.D. Va. | 06/11/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square<br>9th Floor<br>Alexandria, VA 22314-5799 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Dean's Intellectual Property Law Advisory Board. George Washington University |
| 2. Member | Judicial Conference Advisory Committee on Appellate Rules (and Sealing Subcommittee) |
| 3. Member | Judicial Advisory Council on International Family Adduction |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 JUN 16 A 11: 03 FINANCIAL DISCLOSURE OFFICE RECEIVED

Ellis III, Thomas S

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Charlottesville City Public Schools - salary |
| 2. | 2008 | Albemarle County Public Schools - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Villanova University School of Law | 2/1/2008 to 2/2/2008 | Villanova, PA | Seminar (speaker) | food/lodging/travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | C. Income during reporting period | | Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. Wachovia Bank Accounts | A | Interest | K | T | | | | | |
| 3. IRA #1 (formerly listed as IRA #2) | | | | | | | | | |
| 4. Calamos Growth Fd A | | None | J | T | | | | | |
| 5. Cambiar Opportunity Fd | | None | J | T | | | | | |
| 6. FMI FDS Focus Fd | | None | J | T | | | | | |
| 7. Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | | | | | |
| 8. Hotchkiss & Wiley Mid Cap Value I | | None | J | T | | | | | |
| 9. Julius Baer Int'l Equity I | A | Dividend | J | T | | | | | |
| 10. Kinetics Sm Cap Opportunities I | | None | J | T | | | | | |
| 11. Kinetics Paradigm Fd - I | | None | J | T | Sold (part) | 10/15 | J | A | |
| 12. Legg Mason Value Trust | | None | K | T | Sold (part) | 10/15 | J | A | |
| 13. Royce Total Return Fd CLW | | None | J | T | | | | | |
| 14. TCW Fds Select Equities Fd I | | None | J | T | Sold (part) | 10/15 | J | A | |
| 15. Alger Sm Cap | | None | | | Sold | 10/15 | J | A | |
| 16. Blackrock Lg Cap Value Fd | | None | J | T | Sold (part) | 10/15 | J | A | |
| 17. Columbia Fds Tr Marsico 21st Century Fd CLA | | None | J | T | Sold (part) | 10/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dodge & Cox Int'l Stock Fd | | None | J | T | Sold (part) | 10/15 | J | A | |
| 19. DWS Dreman Sm Cap Value CLS | | None | J | T | | | | | |
| 20. Fidelity Advisor Ser 1 Lev Co Stock Fd | | None | J | T | | | | | |
| 21. Quantitative Grp Fds Foreign Value Fd Ord SHS | | None | J | T | Sold (part) | 10/15 | J | A | |
| 22. RS Invt TR Global Natural Res Fd CLA | A | Dividend | J | T | Buy | 10/16 | J | | |
| 23. Artio Int'l Equity Fd CL I | | None | J | T | Buy | 1/3 | J | | |
| 24. Security EQ Fd Mid Cap Value Ser CL A | | None | J | T | Buy | 10/15 | J | | |
| 25. T Rowe Price Mid Cap Growth Fd | | None | J | T | Buy | 10/15 | J | | |
| 26. Touchstone Large Cap Growth Fd CL I | | None | J | T | Buy | 10/15 | J | | |
| 27. Wells Fargo Fds Tr Small Cap Growth Fd Admin CL | | None | J | T | Buy | 10/15 | J | | |
| 28. Delaware Grp Advisor Fds Inc US Growth Port Instl CL | | None | J | T | Buy | 10/16 | J | | |
| 29. John Hancock Classic Value Fd CL I | | None | J | T | Buy | 10/16 | J | | |
| 30. Harbor Int'l Instl CL | | None | J | T | Buy | 10/16 | J | | |
| 31. Oppenheimer Int'l Growth Fd CL Y | | None | J | T | Buy | 10/16 | J | | |
| 32. IRA #2 (formerly listed as IRA #3) | | | | | | | | | |
| 33. Baron Select Partners | A | Dividend | J | T | Sold (part) | 1/3 | J | A | |
| 34. Baron Select Partners | | | | | Sold (part) | 8/22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Large Cap Val A | | None | J | T | Sold (part) | 1/3 | J | A | |
| 36. Bridgeway Ultra-Small Co | | None | J | T | Sold (part) | 1/3 | J | A | |
| 37. Bridgeway Ultra-Small Co | | | | | Sold (part) | 8/22 | J | A | |
| 38. Touchstone Inst'l Fds Tr Sands Cap Instl Growth | A | Dividend | J | T | Sold (part) | 1/3 | J | B | |
| 39. Touchstone Inst'l Fds Tr Sands Cap Instl Growth | | | | | Sold (part) | 8/22 | J | A | |
| 40. Diamond Hill Sm Cap Fd A | | None | J | T | Sold (part) | 1/3 | J | A | |
| 41. Dodge & Cox Int'l Stock Fd | A | Dividend | J | T | Sold (part) | 1/3 | J | A | |
| 42. Dodge & Cox Int'l Stock Fd | | | | | Sold (part) | 8/22 | J | A | |
| 43. Hotchkiss & Wiley Cor Val I | | None | J | T | Sold (part) | 1/3 | J | A | |
| 44. Hotchkiss & Wiley Cor Val | | | | | Sold (part) | 8/22 | J | A | |
| 45. Janus Mid Cap Val Fd Inst | | None | J | T | Sold (part) | 1/3 | J | A | |
| 46. Janus Mid Cap Val Fd Inst | | | | | Sold (part) | 8/22 | J | A | |
| 47. Julius Baer Int'l Equity II | A | Dividend | J | T | Sold (part) | 1/3 | J | B | |
| 48. Julius Baer Int'l Equity II | | | | | Sold (part) | 8/22 | J | A | |
| 49. Kinetics S/C Opp Inst'l | A | Dividend | J | T | Sold (part) | 1/3 | J | A | |
| 50. Munder M/C Core Growth Y | | None | J | T | Sold (part) | 1/3 | J | A | |
| 51. Munder M/C Core Growth Y | | | | | Sold (part) | 8/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. NUVN Trdwnds Int'l Val R | A | Dividend | J | T | Sold (part) | 1/3 | J | A | |
| 53. Natnwde Mut S/C Fd CL A | | None | J | T | Sold (part) | 1/3 | J | A | |
| 54. Pioneer-Cullen Value Y | | None | J | T | Sold (part) | 1/3 | J | A | |
| 55. Pioneer-Cullen Value Y | | | | | Sold (part) | 8/22 | J | A | |
| 56. Sunamer Foc SC Growth CL A | | None | J | T | Sold (part) | 1/3 | J | A | |
| 57. CRM Mid Cap Val Inst'l | | None | J | T | Sold (part) | 1/3 | J | A | |
| 58. CRM Mid Cap Val Inst'l | | | | | Sold (part) | 8/22 | J | A | |
| 59. Wells Fargo Adv End SL-I | | None | J | T | Sold (part) | 1/3 | J | A | |
| 60. GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | | | | | |
| 61. Keeley Small Cap Value CLA | | None | J | T | Sold (part) | 1/3 | J | A | |
| 62. Keeley Small Cap Value CLA | | | | | Sold (part) | 8/22 | J | A | |
| 63. RS Invt TR Global Natural Res Fd CLA | A | Dividend | J | T | Sold (part) | 1/3 | J | A | |
| 64. SSGA Fds Int'l Stock SEL | | None | J | T | Sold (part) | 1/3 | J | A | |
| 65. SSGA Fds Int'l Stock SEL | | | | | Sold (part) | 1/22 | J | A | |
| 66. ABRDN Small Cap Fd A | | None | J | T | Buy | 8/22 | J | | |
| 67. TIAA-Cref Inst'l Int'l Eq Fd | | None | J | T | Buy | 1/23 | J | | |
| 68. Touchstone Large Cap Growth Fd CL I | | None | J | T | Buy | 8/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Managers Times Sq M/C GRW-PR | | None | J | T | Buy | 8/25 | J | | |
| 70. American Centy Mut Fds American Centy Vista P | | None | J | T | Buy | 8/25 | J | | |
| 71. Blackrock Fds Intl Opp Instl CL B | | None | J | T | Buy | 8/25 | J | | |
| 72. Cambiar Opp Fd | | None | J | T | Buy | 8/25 | J | | |
| 73. RS Invstmt Fds Emerging Mkts Fd A | | None | J | T | Buy | 8/25 | J | | |
| 74. John Hancock Classic Value Fd CL 1 | | None | J | T | Buy | 8/25 | J | | |
| 75. Harbor Int'l Inst'l CL | | None | J | T | Buy | 8/25 | J | | |
| 76. Hartford Int'l Growth Fd | | None | J | T | Buy | 8/25 | J | | |
| 77. Hotchkiss & Wiley Fds Mid Cap Value Fd CL 1 | | None | J | T | Buy | 8/25 | J | | |
| 78. Legg Mason Value Trust TR Inc Nav Value Trust | | None | J | T | Buy | 8/25 | J | | |
| 79. Neuberger & Berman Small Cap Growth Fd In | | None | J | T | Buy | 8/25 | J | | |
| 80. Security Equity Fd Mid Cap Value Ser CL A | | None | J | T | Buy | 8/25 | J | | |
| 81. Satuit Capital Micro Cap Fd | | None | J | T | Buy | 8/25 | J | | |
| 82. Wells Fargo FDS TR Small Cap Growth Fd Adm | | None | J | T | Buy | 1/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

"IRA #2" from 2007 report has been renamed "IRA #1"
"IRA #3" from 2007 report has been renamed "IRA #2"

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 06/11/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY ~~~~~~~ PORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544